IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party BOTH: (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with 3 or 4, at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a 6 or 7, at 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the movant and any attorney for the movant at the service address(es) below, the movant will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No._____ |
| Debtor(s) ) | |
| ) | Adv. Proc. No._____ |
| ) | |
| ) | MOTION AND NOTICE OF INTENT |
| ) | TO SETTLE AND COMPROMISE |
| Plaintiff(s) ) | ADVERSARY PROCEEDING, |
| v. ) | **AND ORDER THEREON** |
| ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

    The undersigned trustee, _____, moves to settle and compromise the above adversary proceeding upon the following terms:

###

DATE: _____                    _____
                                                    Trustee

                Service Address:    _____

                                    _____

        Name of Attorney for Trustee: _____

                Service Address:    _____

                                    _____

Case 11-30477-tmb7    Doc 23    Filed 07/11/11